# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2622 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 73 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 85063 |
| | : | |
| LOKANATH MOHAPATRA, | : | (Philadelphia) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of July, 2019, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Lokanath Mohapatra is suspended on consent from the Bar of this Commonwealth for a period of six months, retroactive to December 31, 2009. Respondent shall comply with all the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).